UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Andrea Talton,

    Plaintiff,

v.                                                    Case No. 2:12-cv-12411-BAF-MAR
                                                         Hon. Bernard A. Friedman
                                                         Magistrate Judge Mark A. Randon

Detroit Public Schools, et al.,

    Defendants.
_____/

**<u>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL (DKT. NO. 19)</u>**

This matter is before the Court on Plaintiff's motion to compel discovery responses. The Court has reviewed the motion (Dkt. No. 19); oral argument was heard on November 8, 2012. Being otherwise fully advised and for the reasons stated on the record:

IT IS ORDERED that the motion is GRANTED IN PART. On or before ***November 26, 2012***, Defendants shall provide full and complete responses to all of Plaintiff's interrogatories, limited to the period October 7, 2006 - October 7, 2011.

Defendants shall also respond to the requests to produce. Production request 1 shall be limited to the period October 7, 2006 - October 7, 2011. Production request number 2, shall not be limited to a particular time period, but Defendants may redact personal information related to other students or Detroit Public School personnel.

No costs or attorney fees are awarded.

                                                s/Mark A. Randon
                                                MARK A. RANDON
                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2012

## *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 8, 2012, by electronic and/or first class U.S. mail.*

> *s/Melody R. Miles*
> *Case Manager to Magistrate Judge Mark A. Randon*
> *(313) 234-4430*